UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

ENRIQUE RESENDEZ CUENCA                              CASE NO. 08-11164
ERICA RANA CUENCA                                    CHAPTER 7
          DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #6 of Sprint Nextel
> Account number:  168503035
> Claimed amount:  $56.02
> Pro rata distribution:  $.97
>
> Claim #8 of Summit Radiology
> Account number:  7260
> Claimed amount:  $124.00
> Pro rata distribution:  $2.14
>
> Claim #10 of Indiana Pathology
> Account number:  5051
> Claimed amount:  $61.00
> Pro rata distribution:  $1.05

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  April 16, 2010              /s/ Mark A. Warsco
                                    Mark A. Warsco, Trustee
                                    P.O. Box 11647
                                    Fort Wayne, IN  46859-1647
                                    Telephone:  (260) 469-0256
                                    e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on April 16, 2010:

| | |
|---|---|
| EDWARD CRAIG<br>rac.hel2@verizon.net | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Summit Radiology<br>Snow & Sauerteig LLP<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 |
| Indiana Pathology<br>Snow & Sauerteig LLP<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 | |

                                                    /s/  Mark A. Warsco
                                                    Mark A. Warsco, Trustee